*Related DDJ*
*IFP Submitted*

NAME __Jamie Cid__
__0598196 , CDC # BX 0722__
PRISON IDENTIFICATION/BOOKING NO.
__4436 Calle real__
ADDRESS OR PLACE OF CONFINEMENT
__Santa Barbra, Calif, 93101__

Note:    It is your responsibility to notify the Clerk of Court in writing of any
change of address. If represented by an attorney, provide his or her
name, address, telephone and facsimile numbers, and e-mail address.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 12 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER: ~~2:24-CV-03643-SPG-ADS~~

CV __2:25-CV-08788-SPG-ADS__
To be supplied by the Clerk of the United States District Court

__Jamie Cid__
FULL NAME (*Include name under which you were convicted*)
__Jamie Cid__                                          Petitioner,

v.

__Santa Barbra Jail, sheriffs, courts__
__Gillespie; fal fal,__

NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER
                                                       Respondent.

_☒_____ **AMENDED**

**PETITION FOR WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY
28 U.S.C. § 2254**

PLACE/COUNTY OF CONVICTION _____
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT
(*List by case number*)
CV __2:25-05329-SPG-ADS__
CV __2:25-05513-SPG-ADS__

## INSTRUCTIONS - PLEASE READ CAREFULLY

1.    To use this form, you must be a person who either is currently serving a sentence under a judgment against you in a California state court, or will be serving a sentence in the future under a judgment against you in a California state court. You are asking for relief from the conviction and/or the sentence. This form is your petition for relief.

2.    In this petition, you may challenge the judgment entered by only one California state court. If you want to challenge judgments entered by more than one California state court, you must file a separate petition for each court.

3.    Make sure the form is typed or neatly handwritten. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

4.    Answer all the questions. You do not need to cite case law, but you do need to state the federal legal theory and operative facts in support of each ground. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a legal brief or arguments, you may attach a separate memorandum.

5.    You must include in this petition all the grounds for relief from the conviction and/or sentence that you challenge. You must also state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

6.    You must pay a fee of $5.00. If the fee is paid, your petition will be filed. If you cannot afford the fee, you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out and sign the declaration of the last two pages of the form. Also, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account at the institution. If your prison account exceeds $25.00, you must pay the filing fee.

7.    When you have completed the form, send the original and two copies to the following address:

Clerk of the United States District Court for the Central District of California
United States Courthouse
ATTN: Intake/Docket Section
255 East Temple Street, Suite TS-134
Los Angeles, California 90012

(3) False witness, false reports, fraudulent reports by computer, false information.

(4) Constitutional violations on every amendment over Jamie Cid

(5) Wrongfully charged, wrongfully convicted, wrongfully charged again (Raymond Smith)

(6) Violation of state CDCR, sac, rules, prisoners rights, gender, racial, protection act 2020

c.  Date of decision:  Still pending, hidden by corrupt officials like Bissel Stiffleman (Cartel)

d.  Result  pending under federal investigations behind factual evidence that approved a recent RICO, Hobbs act lawsuit

4.  If you did appeal, did you also file a Petition for Review with the California Supreme Court of the Court of Appeal decision?  ☒Yes   ☐No

If so, give the following information (and attach copies of the Petition for Review and the Supreme Court ruling if available):

a.  Case number:  " "  please pull from Ventura, Santa Clara street, Federal Supreme Courts

b.  Grounds raised (list each):

(1)  Wrongfully charged, wrongfully convicted

(2)  False witness (Jose Joey Guerrero)

(3)  no weapon found, lack of evidence

(4)  Cartel Sheriffs, Cartel law enforcement, Cartel Judge Foley, James Simpson, Bennitt

(5)  Violation of all constitutional amendment rights of Jamie Cid,

(6)  Violation of all prisoners rights, CDCR rules, gender, racial, discr. act of 2020

c.  Date of decision:  pending, hidden? racketeering? who knows?

d.  Result  under federal investigations behind Jamie Cids current FBI case pending in Santa Mana under : FBI # 941299XA4, CII : A11022613

5.  If you did not appeal:

a.  State your reasons  I did appeal on every level possible, state appeal is under Innocence project units, and corrupt cartel member Bissel Stiffleman, whos the appellate attorney,

b.  Did you seek permission to file a late appeal?  ☐Yes   ☐No

6.  Have you previously filed any habeas petitions in any state court with respect to this judgment of conviction?  ☒Yes   ☐No

If so, give the following information for each such petition (use additional pages, if necessary, and attach copies of the petitions and the rulings on the petitions if available):

a.  (1) Name of court:  Superior Courts of Santa Barbra and Lompoc, Judge Foley

(2) Case number:  "hidden" racketeering by corrupt officials

(3) Date filed (or if mailed, the date the petition was turned over to the prison authorities for mailing):  March 2024?

PLEASE COMPLETE THE FOLLOWING (*check appropriate number*):

This petition concerns:
1. ☒ a conviction and/or sentence.
2. ☒ prison discipline.
3. ☒ a parole problem.
4. ☒ other. Rico Act, Hobbs Act,

## PETITION

1. Venue Santa Barbra County to Corcoran CSATF-E yard
   a. Place of detention   Currently at Santa Barbra County Jail
   b. Place of conviction and sentence   Lompoc Super ct, Judge Foley, James Simpson, Sydney Bennett

2. Conviction on which the petition is based (*a separate petition must be filed for each conviction being attacked*).
   a. Nature of offenses involved (*include all counts*):  aggrevated assault, no spousal priors,
      not a sex offender, accussed of using a weapon, no weapon found,
      Wrongfully accussed of stabbing gang member, cartel member Jose Joey Guererro
   b. Penal or other code section or sections: _____
      _____
      _____
   c. Case number: _____
   d. Date of conviction: January 2024
   e. Date of sentence: 25 to life
   f. Length of sentence on each count:   25 to life
      _____

   g. Plea (*check one*):
      ☒ Not guilty
      ☐ Guilty
      ☐ Nolo contendere
   h. Kind of trial (*check one*):
      ☒ Jury
      ☐ Judge only

3. Did you appeal to the California Court of Appeal from the judgment of conviction?     ☒ Yes  ☐ No
   If so, give the following information for your appeal (*and attach a copy of the Court of Appeal decision if available*):
   a. Case number: please research habeus corpus (3) to county and appeals  FBI investigators
   b. Grounds raised (*list each*):
      (1) Judge Foley is a Cartel member, ass gang member, racketeering
      (2) District attorney James Simpson is a Cartel member, profiting with foley and
          Sydney Bennett off of wrongful charges, wrongful convictions.

(5) Date of decision: _pending_

(6) Result _FBI investigations pending, ACLU, Internal Affairs, Innocence prjs, Inspector General Units, State ombudsman Duncan fallon, Attorney General investigations_

(7) Was an evidentiary hearing held?    ☐ Yes  ☐ No  _pending_

7. Did you file a petition for certiorari in the United States Supreme Court?    ☐ Yes    ☐ No

   If yes, answer the following:

   (1) Docket or case number (if you know): _____

   (2) Result: _____

   _____

   (3) Date of result (if you know): _____

   (4) Citation to the case (if you know): _____

8. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than five grounds. Summarize briefly the _facts_ supporting each ground. For example, if you are claiming ineffective assistance of counsel, you must state facts specifically setting forth what your attorney did or failed to do.

   CAUTION:    _Exhaustion Requirement_: In order to proceed in federal court, you must ordinarily first exhaust your state court remedies with respect to each ground on which you are requesting relief from the federal court. This means that, prior to seeking relief from the federal court, you first must present _all_ of your grounds to the California Supreme Court.

   a. Ground one: _"Violation of all Constitutional amendment rights" for Jamie Cid (Racketeering)_

      (1) Supporting FACTS: _MIME-Version: 1.0 From: cacd_ecfmail@cacd.uscourts.gov To: ecfnef@cacd.uscourts.gov Bcc:— paper recipients: Jamie Cid (CDC BX0722) VS — Case Participants: Magistrate Judge Autumn Spaeth (crd–spaeth@cacd.uscourts.gov) Sherilyn Peace Garnett (crd–garnett@cacd.uscourts.gov) message:—Id:<40380486@cacd.uscourts.gov> Subject: Activity in case 2:25-cv-05513-SPG-ADS Jamie Cid V. Gillespie et al_

      (2) Did you raise this claim on direct appeal to the California Court of Appeal?    ☒ Yes    ☐ No

      (3) Did you raise this claim in a Petition for Review to the California Supreme Court?    ☒ Yes    ☐ No

      (4) Did you raise this claim in a habeas petition to the California Supreme Court?    ☒ Yes    ☐ No

   b. Ground two: _"Violation of "Prisoner's Rights" : MIME-Version: 1.0 From: cacd_ecfmail@cacd.uscourts.gov To: ecfnef@cacd.uscourts.gov Bcc: Paper recipients: Jamie Cid_

      (1) Supporting FACTS: _Please read added CV127 (09/09), Case participants: Judge Sherilyn Peace Garnett (crd–garnett@cacd.uscourts.gov), Magistrate Judge Autumn Spaeth (crd–spaeth @cacd.uscourts.gov) — non case participants: — No Notice Sent :_

message - Id: <40659138@cacd.uscourts.gov> Subject: Activity in Case 2:25-cv-05329-SPG-ADS Jamie Cid V. County of Santa Barbara et al of In chambers order/Directive - no proceeding held Content-Type: text/html    (Racketeering)

(2) Did you raise this claim on direct appeal to the California Court of Appeal?  ☒ Yes  ☐ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?  ☒ Yes  ☐ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court?  ☒ Yes  ☐ No

c.  Ground three: Violation of racial, gender, discrimination hate crime laws, Act 2020

(1) Supporting FACTS: Please read added CV-127 (09/09)
Federal death threats by outside gangs, state, county, government officials that are cartel, gang affiliated, fraudulent virtual crimes, slander, murders, tortures on the Dark web sites as mentioned.

(2) Did you raise this claim on direct appeal to the California Court of Appeal?  ☐ Yes  ☐ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?  ☐ Yes  ☐ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court?  ☒ Yes  ☐ No

d.  Ground four: Violation of Jamie Cids trial rights

(1) Supporting FACTS: Please read added CV-127 (09/09), hired cartel, gang court officials, computer fraud, Computer Crimes §502, Fraudulant crime reports, Fraudulant Judge Foley reports, hidden stolen accounts, in platforms, portals, stolen hidden deeds, titles, belonging to Jamie Cid, philo loewen, hidden in foreign accounts, lenders, banks, from Europe china, mexico city,

(2) Did you raise this claim on direct appeal to the California Court of Appeal?  ☑ Yes  ☐ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?  ☑ Yes  ☐ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court?  ☑ Yes  ☐ No

e.  Ground five: Violation of public County Jail staff rules and regulations and Violation of public state, federal CDCR prison staff rules and regulations

(1) Supporting FACTS: Computer fraud, Cartels, gangs hired as officials, deputies, sgts, Lt, capt. Chief watch comm., wardens, nurses, doctors, free staff workers, in laundry, canteen, P.I.A Jobs, teachers, counselors, CCI/CCII counselors, computer fraud, Computer crimes §502, staff embezzeling, extorting, all of Jamie Cids inheritences, stocks, bonds, estates, via all computer files, hidden computer bank accounts, stolen funds from prisoners and inmates,

(2) Did you raise this claim on direct appeal to the California Court of Appeal?  ☑ Yes  ☐ No

(4) Grounds raised *(list each)*:

(a) _Wrongfully charged, Wrongfully convicted_

(b) _False Witness (Jose Joey Guererro) cartel, gang member, sex offender_

(c) _no weapon found & lack of evidence_

(d) _Cartel sheriffs, cartel law enforcement, Cartel Judge foley, James simpson, Bennett._

(e) _Violation of every constitutional amendment over Jamie cid_

(f) _Violation of prisoners rights, CDCR rules, reg., vio. gender, racial disc, act 2020_

(5) Date of decision: _no response, pending ? Racketeering_

(6) Result _pending federal complaints filed in other courts_

(7) Was an evidentiary hearing held?     ☐ Yes     ☒ No

b. (1) Name of court: _United States Dist. Ct. Temple st. Sherlyn peace Garrett, Autumn Spaethi_

(2) Case number: _2:24-cv-08643-SPG-ADS (2:25-05329-SPG-ADS)(2:25-05513-SPG-ADS)_

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _8/1/25 / 6/24/25_

(4) Grounds raised *(list each)*:

(a) _____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

(5) Date of decision: _pending_

(6) Result _____

(7) Was an evidentiary hearing held?     ☐ Yes     ☐ No

c. (1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

(a) _____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

(3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☑Yes ☐No

(4) Did you raise this claim in a habeas petition to the California Supreme Court? ☑Yes ☐No

9. If any of the grounds listed in paragraph 8 were not previously presented to the California Supreme Court, state briefly which grounds were not presented, and give your reasons: _Inaffective Corrupt counsels,_ _____

_____

_____

10. Have you previously filed any habeas petitions in any federal court with respect to this judgment of conviction? ☑Yes ☐No

If so, give the following information for each such petition *(use additional pages, if necessary, and attach copies of the petitions and the rulings on the petitions if available):*

a. (1) Name of court: _United States Dist.Ct, Centeral , Temple st, Shenlyn peace Gornett, Autumn spaeth_

(2) Case number: _2024-CV-03643-SPG-ADS_

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing):* _7/24/25_

(4) Grounds raised *(list each):*

(a) _Same grounds prior_

(b) _same grounds prior_

(c) _Same grounds prior_

(d) _Same grounds prior_

(e) _Same grounds prior_

(f) _Same grounds prior_

(5) Date of decision: _pending and accepted, granted_

(6) Result _FBI Investigating, Internal Affairs, All ACLU Units, Inspector General units, Trans law Investigations, state CDCR sacramento investigations, state Ombudsmans_

(7) Was an evidentiary hearing held? ☐Yes ☐No _pending ?_

b. (1) Name of court: _United States Dist.Ct. 411 west fourth street, santa Ana, K.Hopkins (1731)_

(2) Case number: _2024-CV-03643-SPG-ADS_

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing):* _8/25/25_

(4) Grounds raised *(list each):*

(a) _____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

(5) Date of decision: _still pending, accepted, granted_

(6) Result _pending all federal investigations._

(7) Was an evidentiary hearing held?     ☐ Yes ☐ No _pending_

11. Do you have any petitions now pending (i.e., filed but not yet decided) in any state or federal court with respect to this judgment of conviction?     ☒ Yes     ☐ No

    If so, give the following information *(and attach a copy of the petition if available)*:

    (1) Name of court: _Federal Temple street federal fourth st, Santa Ana_

    (2) Case number: _2:24-CV-03643-SPG-ADS_

    (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _7/26/25_

    (4) Grounds raised *(list each)*:

    (a) _____
    (b) _____
    (c) _____
    (d) _____
    (e) _____
    (f) _____

12. Are you presently represented by counsel?     ☐ Yes ☐ No

    If so, provide name, address and telephone number: _maeve fox, Trans law center, ACLU, Internal Affairs,_
    _Innocence project, and other non gang, cartel affiliated attorneys, lawyers,_
    _open to welcome real Christian lawyers only per clearance FBI_

WHEREFORE, petitioner prays that the Court grant petitioner all relief to which he may be entitled in this proceeding.

_____
*Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on _9/5/25_          _Jaime Cuf_
           *Date*                    *Signature of Petitioner*

1  Name: Ms. Jamie Cid

2  Address: 4436 Calle Real

3  Santa Barbra, Calif, 93100

4  Phone: _____

5  Fax: _____

6  In Pro Per   maeve fox, maxi argentina &
   ACLU, Internal Affairs, Trans Law Ctr.

7

**UNITED STATES DISTRICT COURT**

8  **CENTRAL DISTRICT OF CALIFORNIA**

9  Jamie Ciol          CASE NUMBER: 2:24-CV-03643-SPG-ADS

10                      2:25-05329-SPG-ADS
                        2:25-05513-SPG-ADS

11                                Plaintiff

12         v.

13  Lt Gillespie, sgt, faifal

14                                TITLE OF PLEADING

15

                                  Defendant(s).

16  the plaintiff, Jamie Cid, would be requesting that all copies, past copies of writs,

17  cival complaints, 1983 forms, to defendants, attorneys and all plaintiffs

18  attorneys, lawyers, organizations fighting with plaintiff Jamie cid, against

19  racketeering, 28 U.S.C. §§ 636.2244(d),2254(05/18), § 636. Sec. 3401, title 18

20  the power to conduct trials, Grand Jury, Jury trial, with all plaintiff experts needed

21  as witnesses, victims, photos, videos of torture, gruesome murder by cartels and

22  gangs, videos, photos of satanic rites, mexican blashceming rites, rituals, murders

23  636.(a)1-5, (b)(1)A)(B)(c),(2)(3)(4),(c)(1)(2)(3), §631(b)(1), where a

24  clean attorney, lawyers, to work for the plaintiff only, removing all secretly

25  hired corrupt attorneys, lawyers, that are secretly documented as cartel members,

26  and gang members, licensed under the state, county, Goverment Bar Ass.(4)

27  (5),(e) corrupt staff, Jail Staff, prison staff, corrupt judges, District attorneys,

28  public defenders: Sydney Bennett, Donna forry, Erica Sutherland, awnette town,
    Galvin Adrian fernandez, who are cartel members, racketeering, moriya christie,

    under:(e) contempt Authority, supreme court pursuant sec. 2072, this includes
    corrupt Kimberly foley, Sherlyn peace Garnett, Judge foley, James Simpson,
    Robert sheehan, John pinnell,(e)(1)(2)(3)(4)(5) criminal cival contempt

CV-127 (09/09)        PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

(e)(3) sub(c) sec. 340(, (4) sub(c) 340(, there is, leaving no rush/caution, rejection and dismissal of any criminal Contempt charges against all, any medical staff, Hospital staff, nurse, doctors, Jail, prison medical staff, doctors, yard clus, CSATF-e yard CDCR staff, state CDCR Sacramento, county Jail Lieutnants, sgts, captains, wardens, and all watch commanders, which includes, all canteen staff, cartel Garcia in santa barbra county, who's been embezzeling, extorting, Jamie Cid's funds, canteen, with corrupt cartel deputies, Cought on Universal spyware, Jail Video cameras, (2) prov. 53(b) to provide a federal Judge to serve as "special master", in this Jamie Cid Case ; ~~~~~~~~~~~~ (c)(2) para(I) (3) para, (1), consent of parties, para(1), clearly excluding (c)(4), (c)(5) to record all proceedings Via Video cameras in courts, taping and full media ABC News, NBC News, CNN News, fox News, and every newspaper in every city and state, (e)(6) certification of other superior, federal, supreme, magestrates in contempt of authority against Jamie Cid, filo Loewen, Chris Sandoval, who are all born with Intellectual disabilities, cruel and unusual punishment violations const. vio (e)(5) criminal Contempt imposed on any corrupt official, city, county, state Banks, Lenders, foreign lenders, foreign hidden Bank accounts, titles, deeds, ownships of super department stores, clothing brands, titlies, pendletons, Vans Inc, Romwi, Levis Inc, famous footwear, Dr. Martins Inc, Dickies brand name, Ben Davis brand names owned and given to Jamie Cid, this fully Includes donated, inherited, classic cars, Elvira Inheritences, Pete Burns-Dead or Alive Inheritences, whare houses of Albums, 12" remixes, CDs, mega posters, collectables, all real Jewerly, clothing, funds, accounts, hidden and extorted from Jamie Cid, this includes all brand name make up, fragrances, rite Aid, Walgreens, foodmaxx, foods Co, Grocery Outlets, trader Joes, 31 flavors, Wiener snertzchats, Kentucky Fried Chicken, Burger King, Dominos pizzas, Little Ceasars pizzas, Ross dress for less, lowes, Home depot brands ownerships, Office depot, macys brand names, ownerships, Zales Jewels, pandoras Jewel brand names, Vohs groceries, Albertsons groceries, Ralphs groceries brand names, ownerships, Newsport News clothing dist, ownership, betty page high heels, all skate board brand names, all BMX brand names, bike tires, car tires, certain gas stations ownership, carls Jr. ownership, Target Inc, Loreal brand names ownership, Lancolme, Clinique brand names, perfumes, Hair dyes brand names: loreal, splat, clairol, name brands of all thigh high stockings, Walmart brand names and ownership, walmart groceries of Jamie cid, luxery cars and Yhat brand names, ~~dirt bikes, motor bikes~~, famous prescribtion glass-names, Aveeno positively radiant lotions, Roc anti aging ownerships, (e)(6)(5) contempt to fraud, forge, wrongfully change steal titles, licenses, deeds, belonging to Jamie cid, and that of cartels, gangs using my husband philo Loewen, Via threats, satanic curses, to rob Jamie cid ;

and all informant information recorded, document, fraudulent filed in
computer records, hidden in files, platforms, portals, within jails and
every prison in California, state CDCR Sacramento, against Jamie
Cid, my loving husband philo Loewen, step son Chris Sandoval,
under § 4001.1 (A)(B)(c) sub. (A) Sect 1127(a); and enforcing all city,
state, government, federal enforcements, behind Jamie Cid's current
federal racketeering, enforcing all laws to keep Jamie Cid, philo-
Loewen and step chris Sandoval, to keep us safely together housed
in the same building and yard all together, being that Jamie Cid is
legally married to philo (filo) Loewen, through moriya Christie, who was
recorded on spyware, universal spyware, digital satellite recording,
Christie and the Christie family working against Jamie Cid, that was
influenced by Katheryn Loewen and family, Satanist, and some of
Donald Trumps own family, including corrupt FBI snipers, who used
moriya christie against Jamie Cid, § 4002. Housing and correct Jail,
prison inmate classification (A)(B)(c) to keep Cid, Loewen, Sandoval,
safely together, safekeeping of state inmates, county inmates, and all
federal inmates like (Jamie Cid, philo Loewen, Chris Sandoval) § 4006.
who live with Intellectual disabilities, that the country, state and
the government choose to curruply ignore, violation of const, rights,
disability, rights, prisoners rights, gender racial discrimination
act of 2020, § 4006.5 (A)(B)(c) operating, safely, state, federal prisons;
this means to not have corrupt cartel employees working in our CDCR
P.I.A jobs as "freestaff", and paid for Canteen employees bringing
in weapons and dope for prisoners; § 40025. for canteen staff, and
claims against state, federal prisons in California, involving Jamie Cid,
philo Loewen, Chris Sandoval, to protect Jamie Cid, philo Loewen,
Chris Sandoval, Gov. code § 9112.8, 2 Cal, code reg. § 632.9(d) 2 Cal.
code § 632.11, Gov. code § 965 et. seq. see ch. 467; and reference
to: against public entities and corrupt officers § 464.4(c)(2), incl.
emergency pitchess motions on all information mentioned above, all
discovery evidence copied sent to Jamie Cid, and all ACLU, state
Internal Affairs, maeve fox, Trans law center, Innocence projects,
maxi argentina, for future motions needed filing.

pg 3

Wierd, ugly, Female, in Santa Maria, thats, on testostrone, living as a man,
who plays Jealous games, saying "SHe", is my dear husband, whom I
love with all my Heart ♡, this freak of nature, "Transman" is a mexican,
and mexican cartel, whom my family and I, are not, This transman uses

1   my husband philo Loewen's name, paid by Dan Thompson and Cartel, Eme
2   employees, who are corrupt local sheriffs, in Orcutt, Santa Maria, Santa
3   Barbia, Ventura county, Sacramento, L.A., San Diego, cresent city sheriffs,
4   and State CDCR Sacramento, who are all corrupt, Cartel, killers, work-
5   ing as officials; who are either mexican or white, cartels, who are
6   some, related to my husband philo Loewen, that I Jamie Cid, being a
7   document "Romani-white", Gypsy-white, caucasion, am not mexican.
8   I despise everything mexican cartel, my "dearest darling" philo Loewen,
9   to protect from, because Loewen is not mexican, not Cartel and has
10  been trying to break away from. This wicked, wierd transman has
11  been paid, dope and money, to lie against Jamie Cid, with her
12  wierd, drug addict southside friends in the garages, where these
13  beaners" gather, to collect dope, money, plot murders, hide dead bodies,
14  Dan Thompson from Ventura county, with other investigators, that
15  are are corrupt, cartel, Eme, hired investigators, that go around
16  town, paying people with money, dope and sex to lie against me
17  and others, racketeering, computer fraud, Fraud marriage license,
18  of transman, caught on spyware, who Jamie Cid didnt know any-
19  thing about. Some county, State organizations, up to Trumps own
20  administration, are part of hiring, plotting murders, and doing
21  everything they can to keep Jamie Cid, philo Loewen, Chris Sand-
22  oral apart, with lies, informant lies, fraudulant 1033 reports,
23  fraudulant building reports, please, pitchess motion on everything
24  that was mentioned above, including pitchess motion on all yard,
25  building video cameras, that recorded, years of corruption, hidden murders,
26  riots incited by corrupt officials, research, past references of the law-
27  suits behind Pelican Bay and Corcorans riots, hidden murders, sex traff-
28  icking, pounds of drugs transported in whore houses of CDCR property,

hold kilos of cocain, meth, herion, dead bodies, hidden victims that
are, pitchess motions, buried or dumped on hillsides, canyons, crop-
Fields, buried in, pitchess motions, cartel, Eme, home properties,"
in local crop fields, farm lands, dairy property, from "whites" and mexican
owners, please research the following cases and laws to enforce the laws;

CV-127 (09-09)          PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

§ 634 (e)(B)(i)(ii)(iii) cival contempts against all defendants; inside and outside the Jurisdiction (7)(F)(a)(b)(c)(i)(2)(3)(6)(A)(h) using a needed back up, retired Judge, to step in and rule in Jamie Cids racketeering case, which involves Jamie Cids, legal, married husband philo Loewen, step son Chris Sandoval; who must be protected and kept all together, (d)(i)(A)(B)(C)(D)(2)

§ 2254, State Custody; Remedies in federal courts (Jamie Cid, philo Loewen, Chris Sandoval)(A)(b)(1)(A)(B)(i)(ii)(c)(d)(1)(2) which means that a ruling cannot be granted unless it resulted in a decision that was contrary to or involved unreasonable racketeering with the courts (Katheryn Loewen), this information comes from real Satanist, whom Katheryn Loewen, is part of, (2) unreasonable determination of the facts in light of all the evidence, photos, videos, recorded videos, Jail cameras, prison bldg, yard cameras that monitor all movement between corrupt cartel Jail, prison staff and inmates, this includes, all CDCR, Jail County storage property holding all illegal weapons, vehicles, Thats, Vichms bodies in containers, and pounds of cocain, meth, heroin and pills (fetty), (e)(1)(A)(i)(ii)(B) court, sheriffs, law enforcement, Katheryn loewen, who's been plotting to pay corrupt officials, gang members to murder her son philo Loewen, Jamie Cid, Chris Sandoval, disability rights violations; (F) challenges the sufficiency of the evidence (9)(h)(i) The Ineffectiveness of counsel, lawyers, attorneys hired, licensed by County and State bar, that are gang members and Secret cartel members, working in the courts, this also includes Katheryn Loewen, Judge Foley, James Simpson, Sydney Bennett, Dan Thompson (FBI Investigating agent), Section 2254.

Rulings Governing Section 2254 Cases in the United States Local Cival Rules: L.R. 72-3 (Dispositive Motions and prisoners, Jamie Cid, petition, Jamie Cid, and all acting Lawyers, attorneys and organizations, on the plaintiffs side, must stress, to the High federal, Supreme, magestrates; L.R. 72-3.1, The duties of the magestrates, that where violated, by Judge Foley, James Simpson, public pre-tender Sydney Bennett, cartel Galvin Adrian fernandez; public defender, Sherlyn Peace Garnett, Barbra Lane, whom these magestrates where found corrupt, cartel members, connected to some kind of local gangs, through lower official sources, persuant to rule 10, covered by F.R.CIV.P.72, rule 10 Gov. sec. 2254; L.R. 72-3.2 summary of dismissal of Habeas corpus petitions, concerning, every petition ever filed by Jamie Cid, connected to the wrongful charges, wrongful convictions, to be examined by all County, State, Goverment units, for all and every piece of evidence, (videos, reorded tapes, hidden Jail, prison, monitoring videos, pitches motion request, every hidden yard, building, cell, medical, storage room, office photos, videos,

Pg 6

that CDCR Sacramento District Attorneys on both sides, that may be hiding behind racketeering. Jamie Cid is requesting investigations by current murders of Jamie Cids family members, Judge Barbra Lane, Judge Foley, James Simpson, Sydney Bennett, Sherlyn peace Carrett, using official, gang, snipers, caught on City Street video camera, and all universal spywares, digital satellite recorded footage, in California, Arizona, Germany, Spain, England, that must be protected, this includes supporting fans for only Jamie Cid, philo Loewen, Chris Sandoval, under Intellectual disability rights protection laws; L.R. 72-3.3 Reports that must be done by all magistrates the Jamie Cid Case of Racketeering (RICO, Hobbs), F.R.CIV.P. 72(b), L.R. 72-3.4 (objections to all reports where the party is Jamie Cid, in custody, against defendants), L.R. 72-3.5 Determinations of objections by district Judge; L.R. 72-3.6 filing of transcripts in evidentary hearings for Jamie Cid V. Gillespie, fal fol, case; L.R. 83-16 Habeas Corpus petitions and every kind motions, pitches motions, discovery motions, under 28 U.S.C. section 2255, L.R. 83-16.1 for all courtroom forms in this Jamie Cid, RICO, Hobbs act Case; L.R. 83-16.2 Verification other than by person in custody like: All ACLU units, Innocence projects, maeve fox, Interol Affairs, Inspector Generals for state CDCR and County Jails, which also includes local law enforcement, Sheriffs who are hired Cartel gang members, against Jamie Cid, philo Loewen, Chris Sandoval, attorney Generals, Local Governors of States, that are against Jamie Cid, philo Loewen, Chris Sandoval, who are under the County, State, Government Disability Rights protections laws. Jamie Cid and acting legal plaintiffs legally exclude L.R. 83-16.3, habeas corpus: exclusions, deportations, transfers to other prisons, yards that are not legally permitted, that may be fraudulent reports in this racketeering case for Jamie Cid, philo Loewen, Chris Sandoval, Local Civil Rule 83-16, Jamie Cid and all plaintiffs for Jamie Cid, argue and stress to all parties and magistrates, to rightfully follow the laws correctly, under Rules Governing 2254 cases; Rule 1. scope (a) cases involving a petition under 28 U.S.C. § 2254(1) by a person, like Jamie Cid, in custody under the state-court Judgement who seeks a determination that the custody like CDCR and county Jail of Santa Barbia county, CSATF-E yard, where Cartel Staff members are working as Correctional staff workers, nurses, practioners, mental-health staff in California hospitals, clinics, Jails and prisons, in which some of officals are hired active gang members; (2) in which violates the constitional, laws, or treaties of the united states, (2) number two, relates to Jamie Cid, philo Loewen and Chris Sandoval, where a person in custody under a state-court or federal-court Judgement, who seeks a determination, that future custody under a state-court Judgment would violate the constitutional, laws, or treaties of the united of the United states of America, (b) other cases related to Jamie Cids current case pending involving dear friend Raymond Smith, who was murdered by investigators; the prior case wrongfully convicted of did involve officals of the Lompoc Super courts, using a sex offender active Cartel gang member, to lie against me, by name of Jose Joey Guererro, ruled in 1.(a)

Rules Governing Section 2254 Cases in the United States District Courts

pg.7

Rule 2. The petition (a) Current custody (Jamie Cid); naming respondent (Gillespie, Falfal, Foley) (b) Future custody; naming the respondents and specifying the Judgments: (Jamie Cid v. Gillespie, Falfal) (c)(d)(e), Rule 3. Filing the petitions; inmate filing (a) where to file, (b) The clerk of the courts must always, must file the petition and enter it on the docket for Jamie Cid, (c)(d) Rule 4. Preliminary reviews; serving copies, Jamie Cid requesting copies of all written discovery, photos, video tapes, said mentioned evidence, witnesses from people on the streets, family, friends, like Paul Trissel, Duffy Thompson, Elsa Granados of Stensa rape organization for the Jose Joey Guererro case, Cottage hospital nurse who took the rape Kit Sars tests, photos, medical reports, hospital video tapes, puff psychiatric hospital who also screened in Jamie Cid afterwards, near by the Jail, who took over 20 photos of all the cuts, bruises inflicted upon me from Joey Guererro, puff reports, examinations, and the violent trauma that came from Guererro, using satanic witchcraft, drugs and alchole to control me, "Gaslighting", serving all copies of the petitions must also all the copies of recorded phone calls with Elsa Granados, where Jamie Cid is recorded crying on the phone behind the abuse and not knowing why she was really being arrested, where copies of live video, tape cassette recording, of this incident was done by Mrs Selena, from mental health and Corp. dep. Gray; thanks to Elsa Granados; setting it up. Rules.5, The answers and the reply: (a) when required, the respondents, like Falfal, Foley, Gillespie, Sydney Bennett, James Simpson, Dan Thompson, Jose Joey Guererro, Paul Trissel, Duffy Thompson, Elsa Granados, corp. dep. Gray, mental health Selena, Cottage hospital nurse (rope test), Surgeon for stitches for 2020 accident, Hospital video footage tapes and all puff hospital staff involved with both the 2020 slip N fall and the Jose Joey Guererro case, Caudillo, maria perez clo e yard CSATF staff and all suspected corrupt officials mentioned in past Jail complaints (over 100), are not required to answer the petition unless a Judge so orders, (b) contents, addressing all allegations made by Jamie Cid and all plaintiffs on behalf of plaintiff Jamie Cid; (c) contents: Transcripts is requested by plaintiff Jamie Cid, that involved being wrongfully charged and convicted, racketeering, by Judge Foley, James Simpson, Sydney Bennett, Bissell Stiffleman, the appellate attorney who is also racketeering against Jamie Cid, transcripts must include all originals that are not cut down to hide evidence, erased, forged, altered, in order to hide the truth behind corruption, against Jamie Cid; (d) contents: Briefs on any appeals and opinions on both sides, that the respondents, defendants, (1) brief that Jamie Cid had submitted in federal, Superior, supreme courts, contesting the wrongful charges, wrongful convictions and wrongful charge of murdering dear friend Raymond Smith, behind corrupt officials, sheriffs (cartel, gang members) using a false witness, false information, false and fraudulant police reports, sheriff investigation reports, against Jamie Cid, Dan— Thompson, Robert Sheehan, Robert Kinsley, Vicent Guterrez (6636) alias criminal badge numbers are: 6326, 4426, 8828, 6258, 3972, 8828, 3072, 7648, 3392, 8838, 6675, 9982, 4463, 0596, 4472, 3976, 8792; (2) briefs that the prosecutors submitted that are fully relating to all wrongful charges and wrongful convictions, belonging to Jamie Cid, philo Loewen, chris Sandoval; (3) opinions and dispositives orders made by

pg 8

Jamie Cid, plaintiff, In the matter of being wrongfully charged and wrongfully convicted, In all past charges and convictions that apply to Jamie Cid, philo Loewen, Chris Sandoval. (e) Reply: Jamie Cid and all Lawyers, attorneys, must reply to defendants answers or pleading within a fixed time. (Rule 6. Discovery) (a) the plaintiff rejects and opposes too, being the complexity and numerous witnesses, evidence, accross the states that are strictly In-volved In the case of Jamie Cid, for RICO, Hobbs act, racketeering under 18 U.S.C § 3006(A), (b) Requesting Discovery: Jamie Cid and non satanist lawyers on plaintiffs side, are requesting every piece of discovery, materials, reports, false reports, Jail & prison building, dayroom, office monitoring camera footages thats not altered nor clipped, Jamie Cid is requesting every discovery, chronos, 1033 chronos fraudulently made, medical chronos, notes prescriptions, counselors notes, yard and Jail notes, that are connected to every piece of "pitchess motions" mentioned In this current and past complaints, cival complaints In this matter, (c) Disposition of all expenses: Jamie Cid and correct lawyers, will, by laws that apply, requesting that the respondents and defendants to pay and cover, out of pockets, the bills and expenses to all travel fees, Hotel fees, gas fees, meal fees, for Jamie Cid and all correct, clean, non gang infiliated attorneys and lawyers, representing Jamie Cid. Rule 7. (Expansion of Record)(a) In general, If the petition is not dismissed (Racketeering), all superior, federal, supreme, magestrates, may direct Jamie Cid (plaintiffs), and all said, mentioned corrupt defendants, to expand the case and records with all the needed discovery, hidden discovery inside of every pitchess motions mentioned in every complaint, cival complaint, this includes all hidden accounts created by all corrupt, cartel, gang officials In our hospitals, Jails, clinics, prisons, courts, D.A! offices, public defenders offices, sheriffs, and local law enforcement agencies that are hiring, purposely hiring corrupt gang members as officials, (b) Types of case materials needed are as mentioned in past pitchess motions, Including that of every false witness, every true witness, every false report, every true reports, every true correct exibits, films, recorded videos, Fraudulent videos, sex videos, satanic rites videos, mexican cartel videos displaying fornication, torture, drugs, human trafficking, homosexual-bixsexual sex inside and outside of active cartel, gangs, EME, MS13, and all cultural satanic secret societies, videos that are hidden of superior court, federal court corruption, computer Fraud, computer crimes §502, hidden bank videos that recorded corrupt staff embezzeling, extorting, cartel gang members working in all county, state, Federal, private small, Huge corp. Banks, who have stealing, Falsifying bank records, accounts, hiding all real deeds, trust accounts, bank accounts, given inheritences, estates, titles of clothing, car, business brand names for Jamie Cid and philo Loewen, that corrupt officials keep using disabled philo Loewen to rob, cheat, steal, embezzel, extort, funds, accounts, Rosirito Beach mexico Government assets, millions, Billions, Trillions upon Trillions of cash, coins, gold, pure silver, pure diamonds,

pure pearls, of every colour, including black pearls, pink pearls, Gold pearls, Black pure diamonds, Red pure diamonds, pure green diamonds, pure brown diamonds, pure purple diamonds, of every size and all karats, ancient Jewels, crowns, rings, chain mail, custom horse, keltic, Roman-Etruscan shields and helmets, this includes heritage Basque-English Gypsy ancient garb and the Jewels, all inherited estates, mansions, classic, luxery cars in Rosirto Beach mexico thats been saved for family member Jamie Cid, whos "white family" had married into wealthy mexican goverment officials nearly 200 years ago; this also includes, embezzeled, extorted, stolen, inherited executive titles, owerships to certain Banks, Verizon phone companies, clothing lines, shoe brand names, and all famous brand car name ownerships given and donated to Jamie Cid; this also includes everything my dear husband philo Loewen was manipulated, tricked and threatened forced to steal from me, from his own family, friends or ex friends that are satanists, ex-associates that are Cartel gang members, on-line, in Jails and prisons, banks, corrupt lawyers, and corrupt evil rich celebrities that worked against Jamie Cid, using philo Loewen or trying to use Loewen against his true wife, Jamie Cid, legally; this goes for corrupt moriya christie, courts, Jail staff, prison staff, who worked on fraudulently divorcing Jamie Cid and philo Loewen; and note that Jamie Cid has never approved marriage to anyone else but philo Loewen, and the real philo Loewen only; (C) Review of the opposing party: The Judge must, in respects, all copies of information, discovery to the opposite parties, per pitchess laws, this includes all new information about Jamie Cid counselor in, building one, who is mexican cartel, eme gang associated, in CSATF- E yard, who must be arrested like every cartel c/o staff member against Jamie Cid, philo Loewen and chris Sandoval, and all of Jamie Cids, chris Sandovals families, if some family members are cought up, not right, they must be arrested too, pitchess on all reports and falsified reports by all correctional counselors against Jamie Cid and philo Loewen, requesting that Trans correctional counselors be hired to prevent future hate; this also includes all fraudulently forced 1033 enemy reports to Keep Jamie Cid and philo Loewen opart, fraudently forced 1033 enemy confidential reports to keep Jamie Cid and husband philo Loewen on seperate yards, by force; computer fraud, computer crimes $502, same goes for chris Sandoval, Loewens celly, Rule 8. Evidentiary Hearing: (a) Hold a hearing based on Justifiable evidence provided by all ACLU units, Internal Affairs Sacramento, Disability Rights Sacramento, state Attorney Generals, State Inspector Generals offices for state CDCR and county Jails, State Ombudsman mr. Duncan fallon, FBI sheriffs, FBI law enforcement agencies, written diagnosed reports from both medical staff, including cottage hospital

for the 2020, slip n fall, accident, busting Jamie Cids open, needing stitches, that corrupt officials, racketeering, tried to cover up, aggrevating pre existing physical disabilities, mental health conditions, concerning trauma, ptsd, chronic depression, borderline personality disorder, Gender dysephoria; this 2020 accident also includes over 20 photos taken in jail and puff hospital, hospital video footage, jail video footage, all jail staff witness information (Gillespie, fal fal, Li, Mrs. Ramerez, dep. alverez, etc.), which also includes in the evidentiary hearing, all private, hidden reports of this accident by state Disability Rights Sacramento; county mental health inspectors who spoke to Jamie Cid and made document reports, This gruesome accident left my face permanetly scarred, nose broken again, damaged my teeth by the impact; (b) Reference to a magistrate Judge: where a Judge may, under 28 U.S.C. §636 (b) and under this law, the magistrate must must also review all video evidence and confidential informant reports by Dan Thompson, his cartel colleagues, and all corrupt social workers, agents, jail and prison, county, state investigators, without modifying any evidence behind racketeering, modifying includes the redactions to all needed valuable material, video, personal, computer information that is witness to this case of (Jamie Cid V. Gillespie, fal fal); (c) Applies to the hiring all attorneys, lawyers, trusted investigators to represent Jamie Cid, maeve fox, maxi argentina, all ACLU, Internal Affairs, Trans Law Center lawyers, that are not gang cartel members; this includes the needed experts psychiatrist Dr. Gabor mate, fritz Horstman, of "compassion prison project.org", which also includes needed experts working with compassion prison project, Dion Wilson of San Quintins, Ted X interviews, The Mohawk lady, of Ted X interviews; victims of gang carte violence, victims of cartel tortures, rapes, witnessing murders and Satanic hexes and rites; Rule 9. (second or successive petitions) under 28 U.S.C § 2244(b) (3) and (4); Rule 10. (powers of a magistrate Judge) under 28 U.S.C. §636, where the plaintiff strictly, but respectfully, is requesting that no corrupt Judge, like Lompoc Judge foley, Barbra Lahe, sherlyn peace Garnett, and any other corrupt cartel, gang associated licensed, bared magistrate, to work on this case of Jamie Cid V. Gillespie, fal fal; Rule 11. Certificate of appealability (a) where Jamie Cid is respectfully, requesting copies of all approved certificates to be made and issued to Jamie Cid, all legal plaintiffs, for Jamie Cid and to all corrupt defendants in this rico, Hobbs act lawsuit, 28 U.S.C. §2253(c)(2); (b) time to appeal is always open to the plaintiffs only; Rule 12. (applicability of the federal Rules of civil procedure) making sure that every partie and member on both sides of this racketeering lawsuit are reminded via recorded on universal spyware, court cameras, law libraries on film recorded, chambers, homes of all officials, to follow the laws, not change the laws, not alter the laws behind corruption or face the consequences.

Jamie Ciel #054 5196 / CDCR # BXO722
Santa Barbra County Jail
4436 Calle real
Santa Barbra, Calif 93101

Fbi confidential mail

RECEIVED
CLERK, U.S. DISTRICT COURT

SEP 1 2 2025

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY DEPUTY

ADS

United States Court House
Trump Administration For
Jamie Ciel #054 5196
3470 Twelfth ST H 134
Riverside, Calif, 92501





© USPS 2019

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT