# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Jamie Cid, | Case No. 2:25-cv-08788 SPG (ADS) |
|---|---|
| Plaintiff(s)/Petitioner(s) | **REPORT AND RECOMMENDATION ON REQUEST TO PROCEED** |
| v. | ***IN FORMA PAUPERIS*** |
| Santa Barbara County Jail, et al., | |
| Defendant(s)/Respondent(s) | CIVIL RIGHTS, HABEAS, AND SOCIAL SECURITY |

The Court has reviewed the Request to Proceed *In Forma Pauperis* and the documents submitted with it. On the question of indigency, the Court finds that Plaintiff/Petitioner:
☐ is not able to prepay the full filing fee.   ☒ is able to prepay the full filing fee.   ☐ did not submit a request.
☐ has not submitted enough information for the Court to determine if Plaintiff/Petitioner is able to prepay the full filing fee.

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☒ Inadequate showing of indigency.
☐ Failure to authorize disbursements from prison trust account to pay the filing fees.
☐ Failure to provide certified copy of trust fund statement for the last six (6) months.
☐ District Court lacks jurisdiction.
☐ The Clerk sent a warning letter to Plaintiff/Petitioner advising that failure to submit application to proceed IFP or pay the filing fee would result in dismissal of this case. More than 30 days have passed, and the deficiency has not been corrected.

☒ Frivolous, malicious, or fails to state a claim upon which relief may be granted.
☐ Seeks monetary relief from a defendant immune from such relief.
☐ Leave to amend would be futile.
☐ This denial may constitute a strike under the "Three Strikes" provision governing the filing of prisoner suits. *See O'Neal v. Price*, 531 F.3d 1146 (9th Cir. 2008); 28 U.S.C. § 1915(g).
☒ As explained in the attached statement.
☐ The Court previously deferred ruling and gave Plaintiff/Petitioner 30 days to provide the missing and/or additional information, but either none was submitted timely or it was still insufficient.

☐ Other:

The parties are not entitled to file written objections to the Magistrate Judge's recommendation regarding the Request. *See Minetti v. Port of Seattle*, 152 F.3d 1113 (9th Cir. 1998) (per curiam). The Report and Recommendation will be sent to the District Judge for consideration.

Dated: 09/30/2025

By: /s/ Autumn D. Spaeth
HON. AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE

CV-73R 9/25   Report and Recommendation on Request to Proceed *In Forma Pauperis*
(Civil Rights, Habeas, and Social Security)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case No.: 2:25-cv-08788 SPG (ADS)                    Date: September 30, 2025
Title: *Jamie Cid v. Santa Barbara County Jail, et al.*

## ATTACHMENT TO CV-73R

On September 12, 2025, Petitioner Jamie Cid filed the instant Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (the "Petition"). (Dkt. No. 1.) Petitioner concurrently filed a request to proceed in forma pauperis ("IFP"). (Dkt. No. 4.) The IFP application fails to show indigency, stating Petitioner has "hundreds of millions in cash" and other sources of money. (Id.)

In addition, because Petitioner seeks to proceed in forma pauperis, the Court reviewed the Petition to determine whether the action is frivolous or malicious; fails to state a claim upon which relief may be granted; or seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B); see also Rule 4 of Rules Governing Section 2254 Cases ("If it plainly appears from the petition and any attached exhibits that petitioner is not entitled to relief in the district court, the judge must dismiss the petition[.]").

The Petition should be dismissed as factually frivolous. Under Rule 2(c) of Rules Governing Section 2254 Cases, a habeas petition must specify all the grounds for relief available to the petitioner and state facts supporting each ground. Construed liberally, the Petition asserts the state trial court judge and prosecutor are members of the cartel and engaged in racketeering. (Dkt. No. 1 at 5, 13, 18.) However, the Petition provides no facts in support of any identifiable ground for habeas relief. As an example, in the space to present supporting facts, Petitioner writes the heading of an email from the online filing system CM/ECF. (Id. at 4 ("MIME-Version: 1.0 From: cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:_ _ paper recipients: Jamie Cid (CDC BX0722). . . .").) As another example, the attachment to the Petition appears to be a stream of consciousness discovery request. (Id. at 9 ("the plaintiff, Jamie Cid, would be requesting that all copies, past copies of writs, cival [sic] complaints, 1983 forms, to defendants, attorneys. . .").) Accordingly, it is recommended the Petition be dismissed without prejudice as frivolous and for failure to state a claim.